# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Williamson,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Discount Automotive Group, L.L.C.,<br><br>　　　　Defendant(s). | CV 04-2545-PHX-JAT<br><br>**ORDER** |

The Court having received the Notice of Settlement stating that this action has settled,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this action on July 29, 2005, with prejudice, unless prior thereto a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that any scheduled hearings and/or the trial date are **VACATED**.

DATED this 20th day of May, 2005.

　　　　　　　　　　　　　　　　_/s/ James A. Teilborg_
　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　United States District Judge